OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



December 15, 2022

Richard L. Armezzani, Esq.
Daniel T. Brier, Esq.
John B. Dempsey, Esq.
Matthew A. Fitzgerald, Esq.
Nicholas F. Kravitz, Esq.
Gregory J. Krock, Esq.
Elizabeth M. Thomas, Esq.

RE: Epsilon Energy USA Inc. v. Chesapeake Appalachia LLC
Case Number: 22-1280/22-1376
District Court Case Number: 1-21-cv-00658

Dear Counsel:

The above-entitled case(s) has/have been tentatively listed on the merits on **Wednesday, January 25, 2023** in **PHILADELPHIA, PA.**  It may become necessary for the panel to move this case to another day within the **week of January 23, 2023.** Counsel will be notified if such a change occurs.

The panel will determine whether there will be oral argument and if so, the amount of time allocated for each side. (See Third Circuit Internal Operating Procedures, Chapter 2.1.) No later than 10 calendar days prior to the first day of the panel sitting, you will be advised whether oral argument will be required, the amount of time allocated by the panel, and the specific date on which argument will be scheduled.

Page – 2 –                                          December 15, 2022

RE: Epsilon Energy USA Inc. v. Chesapeake Appalachia LLC
Case Number: 22-1280/22-1376
District Court Case Number: 1-21-cv-00658

Counsel shall file an acknowledgment form **within seven (7) days** from the date of this letter, and advise the name of the attorney who will present oral argument. In addition, please indicate whether or not s/he is a member of the bar of this Court. Bar membership is not necessary if counsel represents a U.S. government agency or officer thereof or if the party is appearing pro se. If the attorney is not a member of the bar of this Court, an application for admission should be completed, which should be returned to this office without delay.

The hyperlinks for access to the acknowledgment form, application for admission, and appearance form are provided for your convenience, and are also available on the Third Circuit website.

Very truly yours,

*Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By: *Patrick A. McCauley Jr.*
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932