# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-1280, 22-1376

Epsilon Energy USA, Inc.   vs.   Chesapeake Appalachia, LLC

Calendar Date: January 25, 2023     Location: Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Matthew A. Fitzgerald

Designation of Arguing Counsel: Matthew A. Fitzgerald

Member of the Bar: ☑ Yes    ☐ No

Representing (check only one):

☐ Petitioner(s)    ☑ Appellant(s)    ☐ Intervenor(s)

☐ Respondent(s)    ☐ Appellee(s)    ☐ Amicus Curiae

Please list the name of the lead party being represented:

Epsilon Energy USA, Inc.

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2022, the foregoing was filed with the Clerk of the United States Court of Appeals for the Third Circuit using the appellate CM/ECF system. The system will serve counsel of record.

*/s/ Matthew A. Fitzgerald*
Matthew A. Fitzgerald